# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. FULTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GARY SANDOR, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-3725 GAF (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 16, 2011

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE